UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHEL KECK, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MARK LAWRENCE d/b/a MARK LAWRENCE ART GALLERY; DOES 1 through 25 Inclusive, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Cause No. 2:18-CV-250 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Ryan E. Carreon respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Michel Keck in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the following United States court and state's highest court: Central District of California and State Bar of California.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 1, 2018

Respectfully submitted,

Ryan E. Carreon
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite #112
Santa Ana, CA. 92782
Telephone: (714) 617-8336
rcarreon@higbeeassociates.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHEL KECK, )<br>)<br>    Plaintiff(s), )<br>)<br>v. )<br>)<br>JOHN MARK LAWRENCE d/b/a )<br>MARK LAWRENCE ART )<br>GALLERY; DOES 1 through 25 )<br>Inclusive, )<br>    Defendants. ) | Cause No._____ |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Ryan E. Carreon counsel for Michel Keck, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Ryan E. Carreon
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite #112
Santa Ana, CA. 92782
Telephone: (714) 617-8336
rcarreon@higbeeassociates.com


Dated: _____

                                                                                                              _____
                                                                                                              United States District Court
                                                                                                              Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Ryan E. Carreon
    HIGBEE & ASSOCIATES
    1504 Brookhollow Drive, Suite #112 Santa Ana, CA. 92782